UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CR-187 CAS |
| v. ) | |
| ) | |
| STEPHEN HENDERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Audrey G. Fleissig. On November 12, 2008, Judge Fleissig filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Statements and Physical Evidence be denied, and Motion to Sever Defendants be granted.

Defendant filed objections to the Report and Recommendation, objecting to several of the Magistrate Judge's findings of fact and conclusions of law. The Court has carefully and independently reviewed the full record in light of those objections, and has read the transcript of the evidentiary hearing held in this matter on October 14, 2008. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Henderson are overruled. [Doc. 132]

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 117]

**IT IS FURTHER ORDERED** that defendant Henderson's Motion to Suppress and Statements and Physical Evidence is **DENIED**. [Doc. 108]

**IT IS FURTHER ORDERED** that defendant's Motion to Sever Defendants is **GRANTED**. [Doc. 92]

 

 

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  17th  day of December, 2008.